GLORIA MONTES et al. v. H. C. BOHACK CO., INC., et al.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See *ante,* p. 448.]

■

JEROME KRAMER et al., Copartners Doing Business as SEARS & Co., et al., v. METROPOLITAN COMMERCIAL CORPORATION et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ. [See 283 App. Div. 1036.]

■

ROSARIO MELENDEZ v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY.— The entries on the two hospital records do not show conclusively that the ailments for which the assured was hospitalized were material to the risk, and that issue remained one of fact for the jury. The issue of waiver of the breach of the policy condition by defendant likewise was properly presented to and resolved by the jury. The application for the issuance of the policy could not be introduced into evidence by defendant because of the restriction imposed by section 142 (subd. 1) of the Insurance Law, and defendant was accordingly deprived of whatever light that document might shed upon the issue of the waiver. Motion for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ. [See 283 App. Div. 1052.]

■

In the Matter of the Arbitration between KENYA CORPORATION, Respondent, and FOX, WELLS & Co., INC., and/or DOVER MILL Co., Appellants. In the Matter of the Arbitration of FOX, WELLS & Co., INC., and/or DOVER MILL Co., Appellants, and KENYA CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument in all respects denied, with $10 costs. Order filed. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ. [See 283 App. Div. 1057.]

## (July 6, 1954.)

■

(Republished.)

FESHBACH & ACKERMAN FUR CORP., Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant (8175).— Judgment unanimously modified by reducing the verdict to $13,207, on the ground that the jury inadvertently included items relating to skins left after the burglary, as is shown by their reference to " the sum mentioned in column 9 " of Exhibit A and, as so modified, affirmed, with costs. (8176) Order unanimously reversed and the motion granted with costs. See decision in Appeal No. 8175. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 283 App. Div. 1047.]

■

In the Matter of the Application of ROBERT DRANOW for Admission to Practice as an Attorney and Counsellor-at-Law.— Motion denied. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ.